**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SANTOS R. VASQUEZ, | ) | |
| | ) | CASE NO. 3:11CV0177 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Consistent with the Memorandum Opinion and Order of this Court also filed this date, the final decision of the Commissioner is vacated and the case remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                                                               s/ Greg White
                                                                            United States Magistrate Judge

Dated: February 1, 2012